**Dismissed and Memorandum Opinion filed May 28, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00649-CV

### DAVID L. GLASSEL, Appellant

### V.

### SEAMLESS OPERATING GROUP, LLC INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF CHEMICAL FREE SOLUTIONS, LLC., AND CEDAR OIL SOLUTIONS, LLC, Appellees

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-41601**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 3, 2014. The clerk's record was filed November 18, 2014. The reporter's record was filed December 1, 2014. No brief was filed.

On March 26, 2015, this court issued an order stating that unless appellant submitted a brief on or before April 20, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Busby.